UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| GARY BLESKI, | ) | |
|         Plaintiff, | ) | 2:09-CV-02464-PMP-PAL |
| vs. | ) | **ORDER** |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
|         Defendant. | ) | |

      Before the Court for consideration is Plaintiff Gary Bleski's Complaint (Doc. #1), filed on December 31, 2009. On July 19, 2001, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #16), recommending that Plaintiff Bleski's Complaint (Doc. #1) should be denied. On August 6, 2011, Plaintiff filed his Objection thereto (Doc. #17) and on August 22, 2011, Defendant filed his Response to Plaintiff's Objection (Doc. #18).

      The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

///

///

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #16) are Affirmed and Plaintiff Gary Bleski's Complaint (Doc. #1) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED that** Plaintiff's Request for Oral Argument (Doc. #14) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Remand (Doc. #9) is **DENIED.**

**IT IS FURTHER ORDERED that** the Commission's Cross-Motion for Summary Judgment (Doc. #11) is **GRANTED** and that the Clerk of Court shall forthwith enter Judgment in favor Defendant and against Plaintiff Gary J. Bleski.

DATED:  August 30, 2011.

                                                                  *[signature]*
                                                                  _____
                                                                  PHILIP M. PRO
                                                                  United States District Judge